1  GEORGE MGDESYAN, ESQ. SBN 225476
   MGDESYAN & TAHERIPOUR
2  15260 Ventura Blvd., Penthouse 2200
   Sherman Oaks, California 91403
3  Telephone:   (818)386-6777
   Facsimile:    (818)754-6778
4

5  Attorney for Defendant, SUSAN NAHAPETIAN

6

7

8
                     UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA           )   CASE NO. CR 09-01119 JW
12                                    )
             Plaintiffs,              )
13 vs.                                )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE SETTING OR
14                                    )   DISPOSITIONAL HEARING OF
   SUSAN NAHAPETIAN                   )   DECEMBER 6, 2010 THROUGH
15                                    )   DECEMBER 20, 2010 FROM THE
             Defendants.              )   SPEEDY TRIAL ACT CALCULATION
16                                    )   (18 U.S.C. §3161(h)(7)(A),(B))
                                      )
17                                    )   Current Dispositional Date: 12/06/2010
                                      )   Proposed Dispositional Date: 12/20/2010
18 _____)

19      A dispositional hearing is set in this matter for December 6, 2010. The parties are seeking
20 to continue the December 6, 2010, hearing for defendant Susan Nahapetian to December 20,
21 2010, in order to allow defense counsel the opportunity to complete his review of the materials
22 made available to him in the discovery process, and to reach a pre-trial resolution with the
23 government of the pending criminal matter. The parties have agreed to stipulate to an exclusion
24 of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective
25 preparation.

26      The Defendant hereby submits this written request for an order finding that said time
27 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by
28          STIPULATION TO CONTINUE SETTING OR DISPOSITIONAL HEARING

                                           1

taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: December 1, 2010            MGDESYAN & TAHERIPOUR

                                    By: _____
                                    George Mgdesyan, Esq., Attorney for Defendant,
                                    SUSAN AHAPETIAN

DATED: December 1, 2010            UNITED STATES ATTORNEY

                                    By: _____
                                    Eumi L. Choi, Esq., Attorney for Plaintiff,
                                    UNITED STATES OF AMERICA

STIPULATION TO CONTINUE SETTING OR DISPOSITIONAL HEARING

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 6, 2010 through December 20, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable ime necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS ORDERED. This is the parties' final continuance.

DATED: December 3, 2010  By: _____
Honorable James Ware
U.S. DISTRICT COURT JUDGE